# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EARL JOSEPH DUPRE, SR.

NO. 2019 KW 0651

AUG 0 5 2019

---

In Re:   Earl Joseph Dupre, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 355904.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT